No. 73–715. WAINWRIGHT, CORRECTIONS DIRECTOR *v.* MAYO. C. A. 5th Cir. Motion of appellee for leave to proceed *in forma pauperis* granted. Judgment vacated and case remanded for further consideration in light of *Wainwright* v. *Stone, ante,* p. 21.